ACCEPTED
03-14-00697-CV
4872332
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 6:40:30 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00697-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 6:40:30 PM
JEFFREY D. KYLE
Clerk

In The Court of Appeals
For The Third Court of Appeals District
Austin, Texas

**PAMELA A. MEHL,**
*Appellant,*

**v.**

**DAVID STERN,**
*Appellee*

ON APPEAL FROM THE 250ST DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-002071

**APPELLEE'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE
APPELLEE'S BRIEF**

Brent A. Devere
State Bar No. 00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Telephone: (512) 457-8080
Telecopier: (512) 457-8060
Email: BDevere@1411west.com

*Counsel for David Stern*

1

## IDENTITY OF PARTIES AND COUNSEL

**Appellant/Defendant:**              **Defendant/Appellant's Appellate Counsel:**

The Leifler Law Firm
Sandra M. Lefler
State Bar No. 12161040
1530 Sun City Blvd., Suite 119
Austin, Texas 78633
Telephone: (512) 869-2579
Telecopieur: (512) 583-7294
Email:sleffler@leflerlegal.com

**Appellee/Plaintiff**:              **Plaintiff/Appellee's Appellate Counsel:**

Brent A. Devere
Texas Bar No. 00789256
1411 West Ave., Suite 200
Austin, Texas  78701
Telephone: (512) 457-8080
Telecopieur: (512) 457-8060 fax
Email: BDevere@1411west.com

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellee, David Stern ("Stern" herein), files this Unopposed First Motion to Extend Time to File Appellee's Brief and will show the court as follows:

Stern's response brief is due April 22, 2015. Counsel for Stern requests a thirty day extension of time to file his brief, making the brief due May 22, 2015. This is the first extension of time to file the response brief.

Counsel for Stern relies on the following reasons in support of the extension of time:

The initial clerk's record was incomplete. A supplement to the clerk's record was recently filed with this Court on or about April 9, 2015. The undersigned counsel for Stern is in the process of obtaining the supplemental clerk's record.

Moreover, counsel for Appellant informed the undersigned counsel today that she intends to supplement her Appellant brief to reflect the supplemental clerk's record.

3

Counsel for Stern seeks a continuance of approximately 30 days so as to be able to submit a complete and accurate Appellee brief that properly addresses the relevant documents in the clerk's record and to address the anticipated supplemental brief of Appellant.

This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion. Therefore, no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellee, David Stern, requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the deadline for filing the Appellee's Brief until not earlier than May 22, 2015. Stern requests all other relief to which he may be justly entitled.

Respectfully Submitted,

/s/ Brent A. Devere
Brent A. Devere

4

Texas Bar No. 00789256
1411 West Ave., Suite 200
Austin, Texas  78701
Telephone: (512) 457-8080
Telecopieur: (512) 457-8060 fax
Email: BDevere@1411west.com

*Attorney for Appellee David Stern*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel on April 13, 2015, who indicated that she does **not** oppose this motion.

/s/Brent A. Devere
Brent A. Devere

**CERTIFICATE OF SERVICE**

Under Texas Rule of Appellate Procedure 9.5, I further certify that a copy of this brief was served on April 13, 2015 upon the following counsel for Appellant via Facsimile after 5:00 P.M.:

The Leifler Law Firm **VIA FAX: 512-583-7294**
Sandra M. Lefler
1530 Sun City Blvd., Suite 119
Austin, Texas 78633
Telephone: (512) 869-2579
Telecopieur: (512) 583-7294
Email:sleffler@leflerlegal.com

/s/ Brent A. Devere
Brent A. Devere

7